(136 So. 272)

## Will FINCH v. STATE.

7 Div. 649.

Court of Appeals of Alabama.
June 24, 1930.

Rehearing Denied Aug. 19, 1930.

Further Rehearing Denied Dec. 16, 1930 and Aug. 4, 1931.

Riddle & Riddle, of Talladega, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

BRICKEN, P. J.

Affirmed on authority of Bud Finch v. State, ante, p. 417, 136 So. 272, and Bulam Finch v. State, ante, p. 416, 136 So. 271.